MONSANTO COMPANY and Monsanto Technology LLC, Plaintiffs–Appellees,

v.

Loren DAVID, Defendant–Appellant.

No. 2012–1128.

United States Court of Appeals, Federal Circuit.

Nov. 15, 2012.

Mark G. Arnold, Husch Blackwell, LLP, of St. Louis, Missouri, argued for plaintiffs-appellees. With him on the brief was Joseph C. Orlet.

Paul A. Sortland, Sortland Law Office, PLLC, of Minneapolis, Minnesota, argued for defendant-appellant.

LOURIE, CLEVENGER, and BRYSON, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.